UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br><br>**MARIANA C. LOPEZ-LOPEZ,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25-105 (MAJ)<br><br>**VIOLATIONS**<br>18 U.S.C. § 1344 (Counts 1-3)<br>18 U.S.C. § 1343 (Counts 4-6)<br>18 U.S.C. § 1957 (Counts 7-14)<br><br>**FORFEITURE**<br>18 U.S.C. § 982<br><br>**FOURTEEN COUNTS** |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Company A was a cyber security company that offered malware intelligence and online threat detection services. Company A was a for-profit corporation organized under the laws of Puerto Rico on or about September 4, 2017, and had offices located in San Juan, Puerto Rico.

2. Defendant **MARIANA C. LOPEZ-LOPEZ** was a resident of San Juan, Puerto Rico, and was hired by Company A in or about June 2022 to work at Company A's office located in Puerto Rico as an executive assistant and office manager for Company A and any and all its subsidiaries and business ventures in which Company A, its subsidiaries and its owners may

1

participate. Defendant **MARIANA C. LOPEZ-LOPEZ's** responsibilities included, but were not limited to, managing certain corporate bank accounts related to Company A.

3. Company A had a bank account at Banco Popular de Puerto Rico (BPPR), an FDIC insured financial institution, with account number ending in X2537, from which Company A issued payments via checks and wire transfers. Defendant **MARIANA C. LOPEZ-LOPEZ** had access to this bank account through a unique security token provided to her by Company A as part of her duties. BPPR used Fedwire, a service for the electronic funds-transfer transactions with reserve facilities in New Jersey and Texas, to effectuate wire transfer transactions of funds to and from its bank accounts.

4. Defendant **MARIANA C. LOPEZ-LOPEZ** had a personal bank account at BPPR with account number ending in X0298, in which she was the sole signatory and authorized person.

5. Defendant **MARIANA C. LOPEZ-LOPEZ** used the unique security token and other sensitive information obtained through her employment with Company A to access BPPR account number ending in X2537 and wire funds to her personal bank account at BPPR ending in X0298, without the authorization of Company A or its duly authorized representatives.

6. Defendant **MARIANA C. LOPEZ-LOPEZ** misrepresented to BPPR hat she was authorized to make the wire transfers from account ending in X2537 to account ending in X0298.

7. The unauthorized wire transfers from account ending in X2537 to account ending in X0298 were made through interstate wire communications using Fedwire.

8. Defendant **MARIANA C. LOPEZ-LOPEZ** converted the illegally obtained funds for her personal gain and benefit and the benefit of others.

9. From in or about August 2022, through in or about December 2022, Defendant **MARIANA C. LOPEZ-LOPEZ** caused 11 wire transfers totaling $50,000 from Company A's BPPR account ending in X2537 to be made to her BPPR account ending in X0298.

10. From in or about January 2023, through in or about December 2023, Defendant **MARIANA C. LOPEZ-LOPEZ** caused 29 wire transfers totaling $227,000 from Company A's BPPR account ending in X2537 to be made to her BPPR account ending in X0298.

11. From in or about January 2024, through in or about July 2024, Defendant **MARIANA C. LOPEZ-LOPEZ** caused 13 wire transfers totaling $180,000 from Company A's BPPR account ending in X2537 to be made to her BPPR account ending in X0298.

12. The total amount of fraudulent wire transfers was approximately $457,000.

## COUNTS ONE TO THREE
### Bank Fraud
(Title 18, United States Code, Section 1344)

13. Paragraphs one through twelve are re-alleged and incorporated herein by reference, as if fully set forth herein.

14. From in or about August 2022, through in or about July 2024, in the District of Puerto Rico and within the jurisdiction of this Court, defendant,

**MARIANA C. LOPEZ-LOPEZ,**

did knowingly execute and attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody and control of, a financial institution, to wit: $457,000 US Currency under the custody of BPPR, by means of materially false and fraudulent pretenses, representations and promises, as more particularly set forth below.

3

## MANNER AND MEANS OF THE SCHEME

15. It was part of the manner and means of the scheme and artifice to defraud that Defendant would obtain money from Banco Popular de Puerto Rico, a federally insured financial institution, by misrepresenting her authority to BPPR and causing unauthorized wire transfers to be made from Company A's BPPR account ending in X2537 to Defendant's personal BPPR account ending in X0298, all without authorization of Company A or its duly authorized representatives.

16. Each execution of the scheme and artifice, specifically each time Defendant requested BPPR to execute a wire transfer from Company A's BPPR bank account ending in X2537 to the Defendant's BPPR bank account ending in X0298, constituted a false representation that was material in that BPPR was influenced to submit a wire transfer payment, without Company A's consent or authorization.

## ACTS IN EXECUTION OF THE SCHEME

17. In order to execute the scheme to defraud, Defendant, without authorization of Company A or its duly authorized representatives, caused to be committed the following acts:

| Count | Date | From | To | Description |
|---|---|---|---|---|
| ONE | 8/31/2022 | Defendant | BPPR | Wire transfer instructions to BPPR to transfer $16,500.00 US currency from account ending in X2537 to account ending in X0298 |
| TWO | 10/4/2023 | Defendant | BPPR | Wire transfer instructions to BPPR to transfer $20,000.00 US currency from account ending in X2537 to account ending in X0298 |
| THREE | 7/19/2024 | Defendant | BPPR | Wire transfer instructions to BPPR to transfer $10,000.00 US currency from account ending in X2537 to account ending in X0298 |

All in violation of Title 18, United States Code, Section 1344(2).

## COUNTS FOUR TO SIX
## Wire Fraud
### (Title 18, United States Code, Section 1343)

18. Paragraphs one through twelve are re-alleged and incorporated herein by reference, as if fully set forth herein.

19. From in or about August 2022, through in or about July 2024, in the District of Puerto Rico and within the jurisdiction of this Court, defendant

**MARIANA C. LOPEZ-LOPEZ,**

devised and intended to devise a scheme to defraud Company A and BPPR, and to obtain approximately $457,000 in money and property by means of materially false and fraudulent pretenses, representations and promises.

20. On or about each of the dates set forth below, in the District of Puerto Rico,

**MARIANA C. LOPEZ-LOPEZ,**

the defendant herein, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | From | To | Description |
|---|---|---|---|---|
| FOUR | 8/31/2022 | Defendant | Fedwire | Fedwire transfer of $16,500.00 US currency from BPPR account ending in X2537 to account ending in X0298 |
| FIVE | 10/4/2023 | Defendant | Fedwire | Fedwire transfer of $20,000.00 US currency from BPPR account ending in X2537 to account ending in X0298 |
| SIX | 7/19/2024 | Defendant | Fedwire | Fedwire transfer of $10,000.00 US currency from BPPR account ending in X2537 to account ending in X0298 |

All in violation of Title 18, United States Code, Section 1343.

## COUNT SEVEN TO FOURTEEN
### Engaging Monetary Transactions in Property Derived from Specified Unlawful Activity
### (Title 18, United States Code, Section 1957)

21.  Paragraphs one through twelve are re-alleged and incorporated herein by reference, as if fully set forth herein.

22.  From in or about October 2023, through in or about June 2024, in the District of Puerto Rico and within the jurisdiction of this Court, defendant,

**MARIANA C. LOPEZ-LOPEZ,**

the defendant herein, did knowingly engage and attempt to engage in the following monetary transactions by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit, withdrawal, and transfer of U.S. currency, funds, and monetary instruments, such property having been derived from a specified unlawful activity, that is, bank fraud and wire fraud, in violation of Title 18, United States Code, Sections 1344, 1343.

| Count | Date | Description | From | To | Amount (USD) |
|---|---|---|---|---|---|
| SEVEN | 10/5/2023 | Credit Card Payment EFT XXXXXX1728 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X752007 | $16,000.00 |
| EIGHT | 11/7/2023 | Credit Card Payment EFT XXXXXX7738 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X752007 | $12,097.73 |
| NINE | 12/19/2023 | Credit Card Payment EFT XXXXXX8866 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X753005 | $14,532.67 |
| TEN | 4/11/2024 | Credit Card Payment EFT XXXXXX6286 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X753005 | $15,000.00 |
| ELEVEN | 4/19/2024 | Credit Card Payment EFT XXXXXX6478 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X753005 | $13,903.85 |

| TWELVE | 5/29/2024 | CHECK #22 | Defendant's BPPR bank account x0298 | Company B bank account X2335 | $16,249.99 |
| THIRTEEN | 6/7/2024 | Credit Card Payment EFT XXXXXX44880 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X753005 | $15,000.00 |
| FOURTEEN | 6/24/2024 | Credit Card Payment EFT XXXXXX5840 AMEX electronic payment | Defendant's BPPR bank account x0298 | American Express account X753005 | $15,000.00 |

All in violation of Title 18, United States Code, Section 1957.

## FORFEITURE ALLEGATION
### (Title 18, United States Code, Section 982)

The allegations contained in Counts One to Fourteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(l) and (a)(2)(A).

Pursuant to Title 18, United States Code, Section 982(a)(l) and (a)(2)(A), should Defendant **MARIANA C. LOPEZ-LOPEZ** be convicted of one or more of the offenses set forth in Count One to Fourteen of this Indictment, Defendant shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(l) and/or (a)(2)(A), any property, real or personal, involved in such offense; any property traceable to such property; and any property constituting or derived from proceeds the person obtained directly or indirectly, as applicable. The property to be forfeited includes, but is not limited to, the following:

**A money judgment of $457,000 in U.S. Currency.**

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other propelty which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(l) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 18, United States Code, Section 982(a)(l), (a)(2)(A), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

TRUE BILL,
FOREPERSON

Date: *March 5- 2025*

W. STEPHEN MULDROW
United States Attorney

*[signature]*

Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud & Public Corruption Section

*[signature]*

Marie Christine Amy
Assistant United States Attorney

8